Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Francisca M. Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GAMAL ALI SHUAIBI, individually and dba LA CHICANA MARKET, et al.,<br><br>    Defendants. | No. 3:18-cv-00579-JCS<br><br>ORDER<br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca M. Moralez ("Plaintiff"), and Defendants, Gamal Ali Shuaibi, individually and dba La Chicana Market, and Saleh Nasher Shaibi dba La Chicana Market (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendants may have to and including April 16, 2018 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: March 8, 2018                MISSION LAW FIRM, A.P.C.


                                    /s/ Zachary M. Best
                                    Zachary M. Best
                                    Attorneys for Plaintiff
                                    Francisca M. Moralez


Dated: March 8, 2018                DANFOURA LAW P.C.


                                    /s/ Samer Danfoura
                                    Samer Danfoura
                                    Attorney for Defendants,
                                    Gamal Ali Shuaibi, individually and dba La
                                    Chicana Market, and Saleh Nasher Shaibi dba
                                    La Chicana Market

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                    /s/ Zachary M. Best
                                    Zachary M. Best
                                    Attorneys for Plaintiff
                                    Francisca M. Moralez


Dated: 3/13/18

United States Magistrate Judge
Honorable Joseph C. Spero